UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
at CHATTANOOGA

| | |
|---|---|
| KEENA WELLS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No: 1:11-cv-273 |
| ) | *Collier / Lee* |
| BLUE CROSS BLUE SHIELD, ) | |
| ) | |
| Defendant. ) | |

### REPORT AND RECOMMENDATION

On October 3, 2011, the Court ordered Plaintiff Keena Wells to supplement her Application to Proceed *In Forma Pauperis* ("Application") within 30 days [Doc. 1]. Although the time to supplement the Application has now passed, Plaintiff has not provided the requested information. As Plaintiff has not timely supplemented her Application with information sufficient for the Court to determine her indigency, I **RECOMMEND** that Plaintiff's Application [Doc. 1] be **DENIED** and the case be **CLOSED**.[1]

s/ *Susan K. Lee*
SUSAN K. LEE
UNITED STATES MAGISTRATE JUDGE

---

[1] Any objections to this report and recommendation must be served and filed within fourteen (14) days after service of a copy of this recommended disposition on the objecting party. Such objections must conform to the requirements of Rule 72(b) of the Federal Rules of Civil Procedure. Failure to file objections within the time specified waives the right to appeal the district court's order. *Thomas v. Arn*, 474 U.S. 140, 149 n.7 (1985). The district court need not provide *de novo* review where objections to this report and recommendation are frivolous, conclusive and general. *Mira v. Marshall*, 806 F.2d 636, 637 (6th Cir. 1986). Only specific objections are reserved for appellate review. *Smith v. Detroit Fed'n of Teachers*, 829 F.2d 1370, 1373 (6th Cir. 1987).