UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| KEENA WELLS, ) | |
| Plaintiff, ) | |
| ) | Case No. 1:11-cv-273 |
| v. ) | |
| ) | COLLIER / LEE |
| BLUE CROSS BLUE SHIELD, ) | |
| Defendant. ) | |

## **J U D G M E N T   O R D E R**

On September 27, 2011, Plaintiff Keena Wells ("Plaintiff") filed a complaint against Defendant Blue Cross Blue Shield (Court File No. 2) as well as a motion to proceed *in forma pauperis* ("IFP") (Court File No. 1). On November 8, 2011 Magistrate Judge Susan K. Lee filed a report and recommendation ("R&R") noting Plaintiff had failed to comply with an order to supplement her IFP application. Accordingly, The Magistrate Judge recommended the Court deny Plaintiff's IFP motion and close the case. Because neither party raised an objection to the R&R during the fourteen day period provided under Rule 72 of the Federal Rules of Civil Procedure,[1] the Court **ACCEPTS** and **ADOPTS** the magistrate judge's report and recommendation (Court File No. 4) pursuant to 28 U.S.C. § 636(b)(1), **DENIES** Plaintiff's IFP motion (Court File No. 1), and **DIRECTS** the Clerk of Court to **CLOSE** the case.

**SO ORDERED.**

**ENTER:**

---

[1] Although neither party objected to the R&R, both parties have now filed motions to dismiss the case (Court File Nos. 7, 9). Because the Court adopts the Magistrate Judge's recommendation to close the case because of Plaintiff's failure to comply with the requirements of her IFP application, the Court does not consider these motions.

/s/
**CURTIS L. COLLIER**
**CHIEF UNITED STATES DISTRICT JUDGE**

ENTERED AS A JUDGMENT
  s/ Patricia L. McNutt
  CLERK OF COURT